IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| SANDRA CERNY-DEAHL,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN LAUNDERVILLE and<br>CITY OF HUDSON, IOWA,<br><br>Defendants. | No. C14-2010<br><br>ORDER EXTENDING DEADLINE<br>TO DISCLOSE REBUTTAL EXPERT<br>WITNESS |

This matter comes before the Court on the Unresisted Motion to Extend Deadline for Plaintiff's Rebuttal Expert Witness (docket number 15) filed by the Plaintiff on December 19, 2014. Noting that Defendants have not yet complied with FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B), Plaintiff asks that the deadline for her to disclose rebuttal experts be extended until "30 days from receipt of Defendant's expert witness reports." According to the motion, Defendants do not resist the extension.

On June 9, 2014, the Court adopted a proposed Scheduling Order and Discovery Plan submitted by the parties. Among other things, the parties agreed to deadlines for disclosure of expert witnesses. Plaintiff's deadline for disclosure of rebuttal experts was December 12. In reliance on those deadlines, trial has been scheduled before Chief Judge Linda R. Reade on August 17, 2015.

The Court finds Plaintiff's request for extension should be granted. The Court is unwilling, however, to establish an open-ended deadline which is tied to the production of reports by Defendants. Instead, the Court finds a deadline should be established for Defendants to comply with RULE 26(a)(2)(B), and a deadline should be established for disclosure of Plaintiff's rebuttal experts, if any.

## ORDER

IT IS THEREFORE ORDERED that the Motion to Extend Deadline (docket number 15) filed by Plaintiff is **GRANTED** as follows:

1. Defendants must disclose their expert witnesses, including full compliance with RULE 26(a)(2)(B), not later than **January 5, 2015**.

2. Plaintiff must disclose her rebuttal expert witnesses, if any, including full compliance with RULE 26(a)(2)(B), not later than **February 2, 2015**.

3. The discovery deadline (**February 13, 2015**) remains unchanged.

*The parties are reminded that August 17, 2015 remains a firm trial date.*

DATED this 22nd day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA